IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS BRADLEY DERRING | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:15-CV-438-WKW |
| | ) | (WO) |
| CARTER F. DAVENPORT and | ) | |
| LUTHER STRANGE, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On May 1, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 19) is ADOPTED.

2. Petitioner Thomas Bradley Derring's § 2254 petition is DENIED.

3. This action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 30th day of June, 2017.

                                          /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE